AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| R.W. and BETTY S. ADAMS,<br>      Plaintiffs,<br><br>v.<br><br>WAKE COUNTY PUBLIC SCHOOLS,<br>DEL BURNS, Superintendent (in his official<br>and individual capacities); and NANCY<br>SPENCER, E.C. DIRECTOR (in her official<br>and individual capacities,<br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:07-CV-136-F3 |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that this action is DISMISSED for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1). No party seeking to invoke this court's jurisdiction has pled any facts demonstrating his or her standing to prosecute the claims raised in the Complaint.

      Because this court lacks jurisdiction to do so, it does not reach the defendants' Motion to Dismiss under Fed.R.Civ.P. 12(b)(6). Plaintiffs' Motion to Amend is DENIED as futile for the reasons set forth in the order. The Clerk of Court is DIRECTED to close this case.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 1, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


R.W. and Betty S. Adams (via regular mail to 604 Harvest Lane, Raleigh, NC 27606)
Carolyn A. Waller, Christine Scheef (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| September 1, 2010<br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| | /s/ Susan K. Edwards<br>*(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |